**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS DALE CATCHINGS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　Respondent. | Case No. CV 18-7558 ODW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 17, 2018

　　　　　　　　　　　　　　　　　／s／ Otis D. Wright

　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE